■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK SOPER, Appellant. [793 NYS2d 808]—Appeal from a judgment of the Ontario County Court (James R. Harvey, J.), rendered December 19, 2003. The judgment convicted defendant, upon a jury verdict, of grand larceny in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon a jury verdict, of grand larceny in the third degree (Penal Law § 155.35). Contrary to defendant's contentions, the evidence concerning the value of the stolen property is legally sufficient to support the conviction (*see People v Anzalone*, 15 AD3d 903 [2005]; *see generally People v Bleakley*, 69 NY2d 490, 495 [1987]), and the verdict is not against the weight of the evi-

dence (*see generally Bleakley*, 69 NY2d at 495). Also contrary to defendant's contention, the sentence is not unduly harsh or severe. Present—Pigott, Jr., P.J., Gorski, Smith, Pine and Lawton, JJ.